**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

Mullady et al. *
**Plaintiff,**
*
**v.** **Case No.** 8:26-cv-00573
*
Office of Management and Budget
**Defendant.** *

**MOTION FOR ADMISSION PRO HAC VICE**

I, Joshua N. Rose, am a member in good standing of the bar of this Court. I am moving the admission of Albert Gregory Pinto to appear pro hac vice in this case as counsel for Plaintiffs.

We certify that:

1. The proposed admittee is not a member of the Maryland bar and does not maintain any law office in Maryland

2. The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| State Court & Date of Admission | U.S. Court & Date of Admission |
|---|---|
| State Bar of California, August 2010 | California Eastern District, May 2017 |
| California Central District, May 2017 | D.C. Bar, July 19 |
| California Northern District, May 2017 | |
| California Southern District, May 2017 | |

3. During the twelve months immediately preceding this motion, the proposed admittee has been admitted pro hac vice in this Court 0 time(s).

4. The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction. (NOTE: If the proposed admittee has been disbarred, suspended, or denied admission to practice law in any jurisdiction, then he/she must submit a statement fully explaining all relevant facts.)

5. The proposed admittee is familiar with the Maryland Attorneys' Rules of Professional Conduct, the Federal Rules of Civil Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure, and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

6. The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

7. Either the undersigned movant or _Joshua N. Rose____, is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

8. **The $100.00 fee for admission pro hac vice accompanies this motion.**

9. We hereby certify under penalties of perjury that the foregoing statements are true and correct.

MOVANT

Signature

Joshua N. Rose
Printed name and bar number

DC Consumer Law Group
Office name

1407 Highland Drive
Silver Spring, MD 20910
Address

202 288 5643
Telephone number

Fax Number

jrose@dcclg.com
Email Address

PROPOSED ADMITTEE

Signature

Albert Gregory Pinto
Printed name

DC Law Collective PLLC
Office name

1629 K Street Northwest, Suite 300
Address

(202) 599-8459
Telephone number

Fax Number

gregpinto@dclawcollective.com
Email Address