**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| **DOREEN MULLADY,** *et al.*, <br><br> **Plaintiffs,** <br><br> **v.** <br><br> **RUSSELL VOUGHT, in his official capacity as Director of the United States Office of Management and Budget,** *et al.*, <br><br> **Defendants.** | **Civil No. 1:26-cv-00573-SAG** |

## MOTION FOR A PRELIMINARY INJUNCTION

Pursuant to Federal Rule of Civil Procedure 65 and 5 U.S.C. § 705, the Plaintiffs listed in the Attached Appendix (the "Moving Plaintiffs") respectfully move the Court to stay agency action under 5 U.S.C. § 705 or, in the alternative, for a preliminary injunction. In particular, the Moving Plaintiffs seek an order staying or preliminarily enjoining the implementation of the Reduction in Force at each agency, as applied to them.  Namely, the Court should order restoration of the Moving Plaintiffs to the positions, pay, benefits, and employment status they would have held absent the challenged separations, enjoin Defendants from retaliating against Plaintiffs, and direct any other relief the court deems proper pending final resolution of this action. As explained in the accompanying memorandum and exhibits, the Moving Plaintiffs are likely to succeed on the merits of their claims that the challenged agency actions are unconstitutional and arbitrary and capricious in violation of the Administrative Procedure Act.

The Moving Plaintiffs also face irreparable harm absent preliminary relief, and the balance of the

equities and the public interest favor an injunction or stay.

April 24, 2026

/s/ Joshua Rose
Joshua Rose (Bar No. 18714)
DC Consumer Law Group, PLLC
1407 Highland Drive
Silver Spring, MD 20910
Tel: (202) 288 5643
Jrose@dcclg.com

/s/ Gregory Pinto
Gregory Pinto (pro hac vice)
DC Law Collective, PLLC
1629 K St., NW, Suite 300
Washington, DC 20006
Tel: (202) 599-8459
Fax: (202) 318-0271
gregpinto@dclawcollective.com

Respectfully submitted,

/s/ Jocelyn E. Skinner
Jocelyn (Josie) E. Skinner (admission
pending)
SLIGO LAW GROUP, PLLC
1717 K St. NW, Suite 900
Washington, DC 20006
Tel: (202) 888-2084
josie@sligolawgroup.com

/s/ Amy E. Powell
Amy E. Powell (pro hac vice)
Lawyers for Good Government
1319 F St. NW, Suite 301, PMB 181
Washington, DC 20004
Tel: (646) 246-4633
Email:
amy@lawyersforgoodgovernment.org

*Counsel for Plaintiffs*