**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| **DOREEN MULLADY,** *et al.*, <br><br> **Plaintiffs,** <br><br> **v.** <br><br> **RUSSELL VOUGHT, in his official capacity as Director of the United States Office of Management and Budget,** *et al.*, <br><br> **Defendants.** | **Civil No. 1:26-cv-00573-SAG** |

<u>**PROPOSED ORDER**</u>

Upon consideration of the Moving Parties' Motion for a Preliminary Injunction or Stay, it is hereby GRANTED.  It is hereby ORDERED that:

- The Reduction in Force actions applied to the Moving Plaintiffs listed in the attached Appendix likely violate the Due Process Clause and the Administrative Procedure Act and are hereby stayed as to these Plaintiffs;

- Defendants shall restore the Moving Plaintiffs to their positions, pay, benefits and employment status that existed before the reductions in force;

- Defendants are enjoined from taking further action against the Moving Plaintiffs in reliance on these Reductions in Force absent further order of the Court.

- Within 14 days of this Order, and every seven days thereafter until otherwise ordered by the Court, Defendants shall file a status report on the docket describing all steps they have taken to comply with the Court's order.

Dated:  May ___, 2026


_____
Stephanie A. Gallagher
United States District Judge