IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| DOREEN MULLADY, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>RUSSELL VOUGHT, in his official capacity as Director of the United States Office of Management and Budget, *et al.*,<br><br>Defendants. | Civil No. 1:26-cv-00573-SAG |

## JOINT MOTION TO SET SCHEDULE

Counsel for the parties have conferred and together respectfully move this Court for an Order Setting a Schedule pursuant to Federal Rules of Civil Procedure 6(b)(1)(A) and 15. In support, the Parties submit:

1. In compliance with Judge Gallagher's May 12, 2026 Order, Defendants filed their Motion to Dismiss Plaintiffs' Complaint on June 12, 2026.  Under the local rules, Plaintiffs would have until Friday, June 26, 2026 to respond.  LR 105.2(a).

2. Plaintiffs have 21 days after service of a 12(b) motion to dismiss to amend their pleading as a matter of course. FRCP 15(a)(1)(B); LR 103.6. Plaintiffs intend to add additional plaintiffs and amend the allegations in light of some of the claims in the June 12 Motion to Dismiss.  Defendants then have 14 days after service of the amended complaint to respond. 15(a)(3), LR 105.2.

3. However, because Plaintiffs intend to file an amended complaint and add Plaintiffs to the Complaint, the Parties agree that setting a revised schedule would be most efficient for the Parties and the Court.  The filing of an amended complaint typically will moot a pending motion to dismiss. *See, e.g., Turner v. Kight*, 192 F. Supp. 2d 391, 397 (D. Md. 2002) (denying as moot motion to dismiss original complaint on

grounds that amended complaint superseded original complaint); *see also Young v. City of Mount Ranier*, 238 F.3d 567, 573 (4th Cir. 2001) ("As a general rule, an amended pleading ordinarily supersedes the original and renders it of no legal effect." (internal quotation marks omitted))

4. Good cause for the extension exists due of the complexity of this matter and the large number of named Plaintiffs, as well as the pending motion for a preliminary injunction, the resolution of which may affect the arguments presented in the amended complaint and anticipated motion to dismiss.

5. This motion is not made for purposes of undue delay.

6. The proposed schedule is as follows:

   - The deadline to respond to the currently pending Motion to Dismiss will be held in abeyance or terminated;

   - Plaintiffs file their Amended Complaint within approximately 45 days of this motion: up through and including August 3, 2026.

   - Defendants will have approximately 30 days from the Amended complaint to file their Motion to Dismiss, up through and including September 3, 2026;

   - Plaintiffs will file a response on or before October 1, 2026;

   - Defendants will file a reply on or before October 19, 2026.

7. A proposed First Revised Scheduling Order is attached.

June 19, 2026

Respectfully submitted,

/s/ Joshua Rose
Joshua Rose (Bar No. 18714)
DC Consumer Law Group, PLLC
1407 Highland Drive
Silver Spring, MD 20910
Tel: (202) 288 5643
Jrose@dcclg.com

Kelly O. Hayes
United States Attorney
By: /s/ Tarra DeShields
Tarra DeShields (Bar No. 07749)
Assistant United States Attorney
36 South Charles Street, 4th Floor
Baltimore, Maryland 21201
(410) 209-4800 (phone)
(410) 962-2310 (fax)
Tarra.DeShields@usdoj.gov
*Counsel for the Defendant*

/s/ Gregory Pinto
Gregory Pinto (pro hac vice)
DC Law Collective, PLLC
1629 K St., NW, Suite 300
Washington, DC 20006
Tel: (202) 599-8459
Fax: (202) 318-0271
gregpinto@dclawcollective.com

/s/ Amy E. Powell
Amy E. Powell (pro hac vice)
Lawyers for Good Government
1319 F St. NW, Suite 301, PMB 181
Washington, DC 20004
Tel: (646) 246-4633
Email:
amy@lawyersforgoodgovernment.org
*Counsel for Plaintiffs*