# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **DOREEN MULLADY**, *et al.*,<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**RUSSELL VOUGHT, in his official capacity as Director of the United States Office of Management and Budget**, *et al.*,<br><br>**Defendants.** | **Civil No. 1:26-cv-00573-SAG** |

## ORDER

The foregoing Joint Motion to Set Schedule (herein, the "Motion"), having been read and considered by the United States District Court for the District of Maryland, it is this

_____ day of June, 2026, ORDERED, that the Parties' Motion is hereby GRANTED and that the pending Motion to Dismiss is held in abeyance; the Plaintiffs' Amended Complaint is due by August 3, 2026; Defendants' Amended Motion to Dismiss is due by September 3, 2026; Plaintiffs' Opposition is due by October 1, 2026; Defendants reply is due by October 19, 2026.  So ORDERED.


_____

Hon. Stephanie A. Gallagher
United States District Judge