## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

|  |  |  |
|---|---|---|
| | * | |
| **DOREEN MULLADY,** *et al.* | * | |
| | * | |
| **Plaintiffs,** | * | |
| | * | **Civil Case No.: SAG-26-00573** |
| v. | * | |
| | * | |
| **OFFICE OF MANAGEMENT AND** | * | |
| **BUDGET,** *et al.* | * | |
| | * | |
| **Defendants.** | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \*

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby ORDERED

that the motion for preliminary injunction, ECF 16, is DENIED.

Date: July 27, 2026

_____/s/_____
Stephanie A. Gallagher
United States District Judge