**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| **DOREEN MULLADY, *et al.*,**<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**RUSSELL VOUGHT, in his official capacity as Director of the United States Office of Management and Budget, *et al.*,**<br><br>**Defendants.** | **Civil No. 1:26-cv-00573-SAG** |

**JOINT MOTION TO EXTEND BRIEFING DEADLINES**

Counsel for the parties have conferred and together respectfully move this Court for an Order extending the deadlines set in the Order at Dkt. No. 27 by three weeks. This motion is pursuant to Federal Rules of Civil Procedure 6(b)(1)(A) and 15. In support, the Parties submit:

1. On June 23, 2026, the Court ordered the schedule proposed by the parties. See Dkt. No. 27. Pursuant to that Order, the pending Motion to Dismiss is held in abeyance; the Plaintiffs' Amended Complaint is currently due by August 3, 2026; Defendants' Amended Motion to Dismiss is due by September 3, 2026; Plaintiffs' Opposition is due by October 1, 2026; Defendants' reply is due by October 19, 2026.
2. The Parties respectfully seek to extend those deadlines by approximately three weeks as follows: Plaintiffs' Amended Complaint is due by August 24, 2026; Defendants' Amended Motion to Dismiss is due by September 24, 2026; Plaintiffs' Opposition is due by October 22, 2026; Defendants' Reply is due by November 9, 2026.
3. This Motion to Extend Deadlines is supported by good cause. On July 20, 2026, the Court held oral argument on the Plaintiffs' Motion for a Preliminary Injunction, and on July 27, 2026, the Court denied Plaintiffs' Motion for a Preliminary Injunction.

See Dkt. Nos. 35, 36. Plaintiffs require some additional time to incorporate issues elucidated by the hearing and opinion into an Amended Complaint, as well as deal with the complexity of adding parties/claims in an already complicated matter. Government counsel also has some other intervening matters or deadlines that are accommodated in the above schedule.

4. This motion is not made for purposes of undue delay.
5. The proposed schedule is as follows:
   - The deadline to respond to the currently pending Motion to Dismiss will continue to be held in abeyance;
   - Plaintiffs file their Amended Complaint on or before August 24, 2026.
   - Defendants will file their Amended Motion to Dismiss on or before September 24, 2026;
   - Plaintiffs will file a response on or before October 22, 2026;
   - Defendants will file a reply on or before November 9, 2026.
6. A proposed Scheduling Order is attached.

July 28, 2026

Respectfully submitted,

/s/ Jocelyn E. Skinner
Jocelyn (Josie) E. Skinner
SLIGO LAW GROUP, PLLC
1717 K St. NW, Suite 900
Washington, DC 20006
Tel: (202) 888-2084
josie@sligolawgroup.com

/s/ Gregory Pinto
Gregory Pinto (pro hac vice)
DC Law Collective, PLLC
1629 K St., NW, Suite 300
Washington, DC 20006
Tel: (202) 599-8459
Fax: (202) 318-0271
gregpinto@dclawcollective.com

/s/ Amy E. Powell
Amy E. Powell (pro hac vice)
Lawyers for Good Government
1319 F St. NW, Suite 301, PMB 181
Washington, DC 20004
Tel: (646) 246-4633
Email:
amy@lawyersforgoodgovernment.org
*Counsel for Plaintiffs*

Kelly O. Hayes
United States Attorney
By: /s/ Tarra DeShields
Tarra DeShields (Bar No. 07749)
Assistant United States Attorney
36 South Charles Street, 4th Floor
Baltimore, Maryland 21201
(410) 209-4800 (phone)
(410) 962-2310 (fax)
Tarra.DeShields@usdoj.gov
*Counsel for the Defendants*