**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| **DOREEN MULLADY, *et al.*,**<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**RUSSELL VOUGHT, in his official capacity as Director of the United States Office of Management and Budget, *et al.*,**<br><br>**Defendants.** | **Civil No. 1:26-cv-00573-SAG** |

**ORDER**

The foregoing Joint Motion to Set Schedule (herein, the "Motion"), having been read and considered by the United States District Court for the District of Maryland, it is this ______ day of July, 2026, ORDERED, that the Parties' Motion is hereby GRANTED and that the pending Motion to Dismiss continues to be held in abeyance; the Plaintiffs' Amended Complaint is due by August 24, 2026; Defendants' Amended Motion to Dismiss is due by September 24, 2026; Plaintiffs' Opposition is due by October 22, 2026; Defendants reply is due by November 9, 2026. So ORDERED.

________________________________

Hon. Stephanie A. Gallagher
United States District Judge