**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| **DOREEN MULLADY, *et al*.,**<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**RUSSELL VOUGHT, in his official capacity as Director of the United States Office of Management and Budget, *et al*.,**<br><br>**Defendants.** | **Civil No. 1:26-cv-00573-SAG** |

**ORDER**

The foregoing Joint Motion to Set Schedule (herein, the "Motion"), having been read and considered by the United States District Court for the District of Maryland, it is this 3rd day of July, 2026, ORDERED, that the Parties' Motion is hereby GRANTED and that the pending Motion to Dismiss continues to be held in abeyance; the Plaintiffs' Amended Complaint is due by August 24, 2026; Defendants' Amended Motion to Dismiss is due by September 24, 2026; Plaintiffs' Opposition is due by October 22, 2026; Defendants reply is due by November 9, 2026. So ORDERED.

/s/

Hon. Stephanie A. Gallagher
United States District Judge