**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **DOREEN MULLADY, et al.,** | * | |
| | * | |
| **Plaintiffs,** | * | |
| | * | |
| **v.** | * | **Civil No. 1:26-cv-00573-SAG** |
| | * | |
| **RUSSELL VOUGHT, in his official capacity as Director of the United States Office of Management and Budget, et al.,** | * * * * | |
| | * | |
| **Defendants.** | * | |

***************

# ORDER

The foregoing Defendants' Consent Motion to Modify the Briefing Schedule For Responding to Plaintiffs' First Amended Complaint, ECF No. 43, (herein, the "Motion"), having been read and considered by the United States District Court for the District of Maryland, it is this 17th day of September, 2026,

**ORDERED** that the Defendants' Consent Motion is hereby **GRANTED** and that the briefing schedule established in ECF No. 38 is modified, with the page limits expanded, as follows:

- **October 9, 2026**: Defendants will file their Motion to Dismiss the First Amended Complaint, not to exceed 40 pages.
- **November 9, 2026**: Plaintiffs will file an Opposition to the defendants' Motion to Dismiss, not to exceed 40 pages.
- **November 25, 2026**: Defendants will file their Reply to the plaintiffs' Opposition to the Motion to Dismiss, not to exceed 15 pages.

/s/

Stephanie A. Gallagher
United States District Judge