**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| **DOREEN MULLADY, *et al.*,**<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**RUSSELL VOUGHT, in his official capacity as Director of the United States Office of Management and Budget, *et al.*,**<br><br>**Defendants.** | **Civil No. 1:26-cv-00573-SAG** |

**VOLUNTARY DISMISSAL OF PLAINTIFF ADAM QUINN**

Pursuant to Federal Rules 21 and 41(a)(1)(A)(ii), Plaintiff Adam Quinn hereby stipulates to dismissal of his claims in this action. Counsel for the parties have conferred and stipulate to this dismissal.

.

September 25, 2026

Respectfully submitted,

/s/ Gregory Pinto
Gregory Pinto (pro hac vice)
DC Law Collective, PLLC
1629 K St., NW, Suite 300
Washington, DC 20006
Tel: (202) 599-8459
Fax: (202) 318-0271
gregpinto@dclawcollective.com

/s/ Jocelyn E. Skinner
Jocelyn (Josie) E. Skinner (admission pending)
SLIGO LAW GROUP, PLLC
1717 K St. NW, Suite 900
Washington, DC 20006
Tel: (202) 888-2084
josie@sligolawgroup.com

/s/ Amy E. Powell
Amy E. Powell (pro hac vice)
Lawyers for Good Government
1319 F St. NW, Suite 301, PMB 181
Washington, DC 20004
Tel: (646) 246-4633
Email:
amy@lawyersforgoodgovernment.org
*Counsel for Plaintiffs*

Kelly O. Hayes
United States Attorney

By: /s/ Tarra DeShields

Tarra DeShields (Bar No. 07749)
Assistant United States Attorney
36 South Charles Street, 4th Floor
Baltimore, Maryland 21201
(410) 209-4800 (phone)
(410) 962-2310 (fax)
Tarra.DeShields@usdoj.gov

*Counsel for the Defendant*