**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **DOREEN MULLADY, et al.,** | * | |
| | * | |
| **Plaintiffs,** | * | |
| | * | |
| **v.** | * | **Civil No. 1:26-cv-00573-SAG** |
| | * | |
| **RUSSELL VOUGHT, in his official capacity as Director of the United States Office of Management and Budget, et al.,** | * | |
| | * | |
| **Defendants.** | * | |

**************

**DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED**
**COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF – ECF NO. 43**

In accordance with Rule 12(b)(1) and (b)(6) of the Federal Rules of Civil Procedure and Local Rule 105.1, the defendants, Russell Vought, Director of the United States Office of Management and Budget and as Acting Administrator of the United States Agency for International Development, Scott Kupor, Director of the Office of Personnel Management, James J. Woodruff, II, Chair of the Merit Systems Protection Board, Todd Blanche, United States Attorney for the United States Department of Justice, Robert F. Kennedy, Jr., the Secretary of the United States Department of Health and Human Services, Marco Rubio, Secretary of the United States Department of State, Linda McMahon, Secretary of the United States Department of Education, Markwayne Mullin, Secretary of the United States Department of Homeland Security, Edward Forst, Administrator for the General Services Administration, and Travis Hill, Chairman of the Federal Deposit Insurance Corporation, by their attorneys, Kelly O. Hayes, United States Attorney for the District of Maryland, and undersigned counsel, hereby move the Court to issue an Order granting the defendants' motion to dismiss the plaintiffs' First Amended Complaint for Declaratory and Injunctive Relief (ECF No. 43) on all counts. The bases supportive of the motion are set forth in the attached memorandum.

WHEREFORE, the Defendants respectfully request that this Court grant the Defendants' motion to dismiss Plaintiffs' First Amended Complaint.

Respectfully submitted,

Kelly O. Hayes
United States Attorney

By:

*/s/ Tarra DeShields*
Tarra DeShields (Bar No. 07749)
Assistant United States Attorney
36 South Charles Street, 4th Floor
Baltimore, Maryland 21201
(410) 209-4800 (phone)
(410) 962-2310 (fax)
Tarra.DeShields@usdoj.gov
*Counsel for the Defendants*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 9, 2026, the foregoing Defendants' Motion to Dismiss the Plaintiffs' First Amended Complaint for Declaratory and Injunctive Relief (ECF No. 43), was filed with the Clerk of the Court using the CM/ECF system and was thus served upon Plaintiffs' counsel of record:

Joshua Rose
DC Consumer Law Group, PLLC
1407 Highland Drive
Silver Spring, MD 20910
Jrose@dcclg.com

Gregory Pinto
Amy E. Powell
Lawyers for Good Government
1319 F St. NW, Suite 301, PMB 181
Washington, D.C. 20004
amy@lawyersforgoodgovernment.org
*Attorneys for Plaintiffs*

/s/ *Tarra DeShields*
Tarra DeShields
Assistant United States Attorney