**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **DOREEN MULLADY, et al.,** | * | |
| | * | |
| **Plaintiffs,** | * | |
| | * | |
| **v.** | * | **Civil No. 1:26-cv-00573-SAG** |
| | * | |
| **RUSSELL VOUGHT, in his official capacity as Director of the United States Office of Management and Budget, et al.,** | * | |
| | * | |
| **Defendants.** | * | |

**********

**ORDER**

Having read and considered the Defendants' Motion to Dismiss (the "Motion"), and all other pleadings submitted thereto, it is this __ day of ______, 2026 by the United States District Court for the District of Maryland, hereby **ORDERED** that:

1. The Defendants' Motion to Dismiss Plaintiffs' First Amended Complaint for Declaratory and Injunctive Relief (ECF No. 43) shall be, and hereby is, **GRANTED** on all counts of the plaintiffs' pleading; and

2. The Clerk of the Court shall remit copies of this ORDER to all parties and their respective counsel of record.

______________________________
Stephanie A. Gallagher
United States District Judge