**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **DOREEN MULLADY, et al.,** | * | |
| | * | |
| **Plaintiffs,** | * | |
| | * | |
| **v.** | * | **Civil No. 1:26-cv-00573-SAG** |
| | * | |
| **RUSSELL VOUGHT, in his official capacity as Director of the United States Office of Management and Budget, et al.,** | * | |
| | * | |
| **Defendants.** | * | |

**************

**MOTION OF DEFENDANT, NUNC PRO TUNC, FOR AN**
**<u>ENLARGEMENT OF TIME, BY 25 MINUTES, TO FILE ECF NO. 48</u>**

In accordance with Rule 6(b)(1)(A), the defendant, the United States of America, by its attorneys, Kelly O. Hayes, United States Attorney for the District of Maryland, and undersigned counsel, move, *nunc pro tunc*, to enlarge the time, by twenty-five minutes, for filing its Motion to Dismiss the Plaintiffs' First Amended Complaint—ECF No. 48. In support, the defendants submit:

1. The due date for the defendants' motion to dismiss the plaintiff's First Amended Complaint in the above-captioned case was October 9, 2026. *See* ECF No. 46.

2. ECF No. 48, the defendant's motion to dismiss, was filed on October 10, 2026, twenty-five minutes after the assigned due date. During the filing process, undersigned counsel had trouble logging into the electronic filing system which would not permit access beyond the logon screen and upon also noting an error in its memorandum in support of the motion to dismiss, corrected the error and restarted the process of uploading anew. In so doing, ECF No. 48 was filed twenty-five minutes after midnight of October 9, 2026. Due to that circumstance, undersigned

counsel requests that the Court enlarge the time for filing ECF No. 48 by twenty-five minutes after midnight of October 9, 2026 as no prejudice to the plaintiffs results thereby. Undersigned counsel further requests that it be permitted, nunc pro tunc, to file a corrected Table of Contents and Table of Authorities for ECF No. 48 on October 10, 2026.

WHEREFORE, it is respectfully requested that this Honorable Court grant leave for the defendant to file ECF No. 48 on October 10, 2026 at 12:25 a.m., *nunc pro tunc*, thus enlarging the time for filing ECF No. 48 by twenty-five minutes after midnight of October 9, 2026 and to file a corrected Table of Contents and Table of Authorities corresponding to ECF No. 48 on October 10, 2026.

A proposed Order is submitted herewith.

Respectfully submitted,

KELLY O. HAYES
United States Attorney

By: _____/s/________________________
Tarra DeShields
Assistant United States Attorney
General Bar No. 07749
Office of the United States Attorney
36 South Charles Street, 4th Floor
Baltimore, Maryland 21201
(410) 209-4800
*Counsel for Defendant*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 10th day of October, 2026, a copy of the foregoing Defendants' Motion, *Nunc Pro Tunc*, to Enlarge, By Twenty-Five Minutes, The Time For Filing ECF No. 48, and to file a corrected Table of Contents and Table of Authorities for ECF No. 48, was electronically filed through the Court's CM/ECF System and was thus served upon:

Joshua Rose
DC Consumer Law Group, PLLC
1407 Highland Drive
Silver Spring, MD 20910
Jrose@dcclg.com

Gregory Pinto
Amy E. Powell
Lawyers for Good Government
1319 F St. NW, Suite 301, PMB 181
Washington, D.C. 20004
amy@lawyersforgoodgovernment.org
*Attorneys for Plaintiffs*

/s/ ___________________________
Tarra DeShields
Assistant United States Attorney