**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **DOREEN MULLADY, et al.,** | * | |
| | * | |
| **Plaintiffs,** | * | |
| | * | |
| **v.** | * | **Civil No. 1:26-cv-00573-SAG** |
| | * | |
| **RUSSELL VOUGHT, in his official capacity as Director of the United States Office of Management and Budget, et al.,** | * | |
| | * | |
| **Defendants.** | * | |

**********

**ORDER**

The foregoing Motion of the Defendants, *Nunc Pro Tunc*, to Enlarge, By Twenty-five Minutes, The Time For Filing ECF No. 48, (the "Motion"), and to file a corrected Table of Contents and Table of Authorities corresponding to ECF No. 48 on October 10, 2026, having been read and considered by the United States District Court for the District of Maryland, and for good cause shown, it is this _____ day of October, 2026,

**ORDERED** that the defendants' requests are hereby approved and **GRANTED**.

______________________________
Stephanie A. Gallagher
United States District Judge